IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARVIN HOLMES, | § | |
| | § | |
| Plaintiff Below, | § | No. 342, 2015 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below:  Superior Court |
| | § | of the State of Delaware, |
| PROTHONOTARY, SUPERIOR | § | in and for New Castle County |
| COURT N.C.C., | § | C.A. No. N14C-08-112 MMJ |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted:  October 16, 2015
Decided:    December 16, 2015

Before, **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices.

## **O R D E R**

This 16th day of December 2015, after careful consideration of the parties' briefs and the record on appeal, we affirm the Superior Court's dismissal of the appellant's complaint for failure to state a claim on the basis of the Superior Court's well-reasoned opinion dated June 4, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice